UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MICHAEL FISHER,

    Plaintiff,

v.                                                    No. 1:21-CV-142-H

JOEL RICHARDSON, et al.,

    Defendants.

## ORDER

Before the Court is Michael Fisher's Notice of Dismissal pursuant to Rule 41(a)(1)(A)(i). Dkt. No. 3. Because no defendant has filed an answer or motion for summary judgment, the Court instructs the Clerk of Court to dismiss this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i), permitting dismissal of an action without a court order.

So ordered on August 4, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE